IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ARRIVA PHARMACEUTICALS INC.,

      Plaintiff,

v.

RE: ARRIVA PHARMACEUTICALS INC.,

      Defendant.
_____/

No. C-08-00691 CW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
    Bankruptcy Case: 07-42767 J11
    Adversary No.:
    BAP No.: NC-08-1008
    Appellant:

The appeal has been assigned the following case number C-08-00691 CW before the Honorable Claudia Wilken.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 5/6/2008 at    in Courtroom 2, Oakland.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jan 30, 2008

                For the Court
                Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record