1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11           On Appeal from the United States Bankruptcy Court
                    for the Northern District of California
12                        Hon. Edward D. Jellen

| | No. 08-00691 |
|---|---|
| In re ARRIVA PHARMACEUTICALS, INC. | **NOTICE OF PENDENCY OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civ. L.R. 3-12] |

                                   **NOTICE**

    This notice is intended simply to apprise this Court that Defendant-Appellee Arriva

Pharmaceuticals, Inc. has filed an Administrative Motion to Consider Whether Cases Should Be

Related (the "Motion"), pursuant to Civil Local Rule 3-12, before United States District Judge

Illston in a previously filed case.

-1-
W02-WEST:5TIP1\400697292.1                    NOTICE OF PENDENCY OF ADMINISTRATIVE
                                              MOTION TO CONSIDER CASES RELATED.

1  The Motion, filed in *AlphaOne Pharmaceuticals Inc. v. Sonoran Desert Chemicals, LLC*,
2  no. 99-02169, asks that United States District Judge Illston deem four bankruptcy appeals,
3  including the above-captioned appeal, to be related.  Accordingly, the Motion further requests that
4  all four appeals, including the above-captioned appeal, be assigned to District Judge Illston.
5  District Judge Illston has not yet ruled on the Motion.  A true and correct copy of the Motion is
6  attached as Exhibit A.

8  DATED:  February 1, 2008

9                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11              By        /s/ Timothy C. Perry
                                  TIMOTHY C. PERRY

13                       Attorneys for ARRIVA PHARMACEUTICALS, INC.