1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4106
   Telephone:  415-434-9100
6  Facsimile:  415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11       On Appeal from the United States Bankruptcy Court
            for the Northern District of California
12                Hon. Edward D. Jellen

13 | | No. 08-00691 |
   | :--- | :--- |
14 | In re ARRIVA PHARMACEUTICALS, INC. | **CERTIFICATE OF SERVICE** |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

<u>CERTIFICATE OF SERVICE</u>

2

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

3          I am employed in the County of San Francisco; I am over the age of eighteen
years and not a party to the within entitled action; my business address is Four
4   Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

5          On **February 1, 2008**, I served the following document(s) described as

6   **NOTICE OF PENDENCY OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED [Civ. L.R. 3-12]**

7

8   on the interested party(ies) in this action by placing true copies thereof enclosed in sealed
envelopes and/or packages addressed as follows:

9                          **See Attached Service List**

10  ☐      **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited
11         with the U.S. postal service on that same day with postage thereon fully prepaid at
San Francisco, California in the ordinary course of business. I am aware that on
12         motion of the party served, service is presumed invalid if postal cancellation date or
postage meter date is more than one day after date of deposit for mailing in
13         affidavit.

14  ☒      **BY OVERNIGHT DELIVERY:** I served such envelope or package to be
delivered on the same day to an authorized courier or driver authorized by the
15         overnight service carrier to receive documents, in an envelope or package
designated by the overnight service carrier.

16

☐      **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile
17         pursuant to Rule 2.306 of the California Rules of Court. The telephone number of
the sending facsimile machine was 415-434-3947. The name(s) and facsimile
18         machine telephone number(s) of the person(s) served are set forth in the service list.
The sending facsimile machine (or the machine used to forward the facsimile)
19         issued a transmission report confirming that the transmission was complete and
without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this
20         declaration.

21  ☐      **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
office of the addressee(s).

22

☒      **FEDERAL:** I declare that I am employed in the office of a member of the bar of
23         this Court at whose direction the service was made. I declare under penalty of
perjury under the laws of the United States of America that the foregoing is true and
24         correct.

25         Executed on **February 1, 2008**, at San Francisco, California.

26

27                          _____/s/ James Livingston_____
                                   James Livingston

28

-2-

1

## SERVICE LIST

2

**Protease Science, Inc**
Added: 01/30/2008
3   (Appellant)
represented by Penn Ayers Butler
4   Squire Sanders & Dempsey LLP
600 Hansen Way
5   Palo Alto, CA 94304-1043
650 856-6500
6   650 843-877 (fax)
pabutler@ssd.com
7   Assigned: 01/30/2008
LEAD ATTORNEY
8   ATTORNEY TO BE NOTICED

**Douglas J. Rovens**
Squire Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650 856-6500
650 843-8777 (fax)
drovens@ssd.com
Assigned: 01/30/2008
ATTORNEY TO BE NOTICED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-