IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ARRIVA PHARMACEUTICALS INC.,   No. C 08-00691SI

        Plaintiff,   **NOTICE**

 v.

IN RE: ARRIVA PHARMACEUTICALS INC.,

        Defendant.
                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a status conference has been scheduled to occur on Friday, May 9, 2008, at 2:00 p.m.

Counsel shall comply with the notice previously filed as document No. 2.

1. 2 NOTICE of filing Bankruptcy Appeal and order setting status conference; Status Conference set for 5/6/2008 02:00 PM, and will stand vacated upon the filing in this court of the record on appeal, at which time a briefing schedule will issue.

If the status conference is not vacated, a joint status conference statement shall be filed one week in advance of the conference.

Please report to Courtroom #10, on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 12, 2008  RICHARD W. WIEKING, Clerk

                                                           Tracy Sutton
                                                           Deputy Clerk