1  Squire, Sanders & Dempsey L.L.P.
   Douglas J. Rovens (Cal. Bar No. 106562)
2  Daniel T. Balmat (Cal. Bar No. 230504)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111
   Telephone:  +1.415.954.0383
4  Facsimile:     +1.415.393.9887
   E-mail: dbalmat@ssd.com
5
   Attorneys for
6  ALPHAMED PHARMACEUTICALS CORP.

7
   Sheppard, Mullin, Richter & Hampton L.L.P.
8  Michael H. Ahrens (Cal. Bar No. 44766)
   Ori Katz (Cal. Bar No. 209561)
9  Timothy C. Perry (Cal. Bar No. 248543)
   Four Embarcadero Center, 17th floor
10 San Francisco, CA 94111
   Telephone:  +1.415.434.9100
11 Facsimile:   +1.415.434.3947
   E-mail: okatz@sheppardmullin.com
12
   Attorneys for
13 ARRIVA PHARMACEUTICALS, INC.

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
            On Appeal from the United States Bankruptcy Court
17               for the Northern District of California
                        Hon. Edward D. Jellen
18

19 ALPHAMED PHARMACEUTICALS          Case No. 08-00691-SI
   CORP.,
20
            Claimant-Appellant,       (Filed via ECF-PACER)
21
   v.
22 ARRIVA PHARMACEUTICALS, INC.,     **JOINT STATUS CONFERENCE
                                     STATEMENT**
23          Reorganized Debtor-
            Appellee.
24                                    Date:      May 9, 2008
                                      Time:      2:00 p.m.
25                                    Place:     Ctrm. 10, 19th Floor

26

27

28

W02-WEST:5TIP1\400824296.1                    JOINT STATUS CONFERENCE STATEMENT
                                              Case No. 08-01279-SI

1    Claimant-Appellant AlphaMed Pharmaceuticals Corp. ("AlphaMed") and Debtor-

2  Appellee Arriva Pharmaceuticals, Inc. ("Arriva") file this Joint Status Conference Statement in

3  advance of the Status Conference set by this Court for May 9, 2008 at 2:00 p.m., pursuant to the

4  Notice from this Court dated February 12, 2008.

5    In the instant action, AlphaMed appeals the disallowance of a claim brought by AlphaMed

6  in Arriva's Chapter 11 bankruptcy proceedings (U.S.B.C. N.D. Cal. case no. 07-42767).  The

7  Notice of appeal from the Bankruptcy Court for the instant appeal was filed in this Court on

8  January 30, 2008.  The instant appeal has been related to four other appeals resulting from the

9  Arriva bankruptcy, all of which currently are before this Court: *Protease Science, Inc. v Arriva*

10  *Pharmaceuticals*, 08-00692-SI; *Sonoran Desert Chemicals, LLC v. Arriva Pharmaceuticals, Inc.*,

11  08-00693-SI; and *AlphaMed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc.*, 08-00825-

12  SI; and *AlphaMed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc.*, 08-01279-SI.

13

14    This Court has not set a briefing schedule in these cases.  However, on April 16, 2008, in

15  *AlphaMed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc.*, 08-01279-SI, reorganized

16  debtor-appellee Arriva filed a motion to dismiss AlphaMed's appeal as moot.  Pursuant to an

17  order enlarging time, AlphaMed's response is due May 2, 2008.  Arriva's reply is due on May 9,

18  2008.

19

20    Pursuant to the Notice of the case management conference dated February 12, 2008

21  (Docket No. 7), the status conference currently scheduled for May 9 will stand vacated upon the

22  filing of the record on appeal in the District Court.  Counsel for AlphaMed has communicated

23  with the Case Management Analyst of the Bankruptcy Court responsible for compiling and

24  transmitting to the District Court the record on appeal.  The Case Management Analyst has stated

25  that the record on appeal for the instant appeal has been or shortly will be transmitted to the

26  District Court, in any event before May 9.

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

W02-WEST:5TIP1\400824296.1          -1-          JOINT STATUS CONFERENCE STATEMENT
Case No. 08-01279-SI

1    Consequently, the parties expect that the May 9 status conference will be vacated and that

2    a briefing schedule will issue shortly thereafter.  Should the record on appeal not be filed in the

3    District Court the parties are prepared to attend the May 9 status conference, and to provide the

4    Court with any further information it should require.

5

6    Respectfully submitted,

7

8

9    Dated: May 2, 2008                              Squire, Sanders & Dempsey L.L.P.

10

11   By:_____/S/_____
                                                    Daniel T. Balmat

12   Attorneys AlphaMed Pharmaceuticals Corp.

13

14   Dated:  May 2, 2008                            Sheppard, Mullin, Richter & Hampton

15

16   By:_____/S/_____
                                                    Timothy C. Perry

17   Attorneys for Arriva Pharmaceuticals, Inc.

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

W02-WEST:5TIP1\400824296.1                -2-          JOINT STATUS CONFERENCE STATEMENT
                                                       Case No. 08-01279-SI