1  Squire, Sanders & Dempsey L.L.P.
   Douglas J. Rovens (Cal. Bar No. 106562)
2  Daniel T. Balmat (Cal. Bar No. 230504)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111
   Telephone:   +1.415.954.0383
4  Facsimile:     +1.415.393.9887
   E-mail: dbalmat@ssd.com
5
   Attorneys for
6  ALPHAMED PHARMACEUTICALS CORP.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10          On Appeal from the United States Bankruptcy Court
                for the Northern District of California
11                      Hon. Edward D. Jellen

12

13 | ALPHAMED PHARMACEUTICALS CORP., | Case No. 08-00691-SI |
14 | | |
   | Claimant-Appellant, | (Filed via ECF-PACER) |
15 | | |
   | v. | |
16 | | **CERTIFICATE OF SERVICE** |
   | ARRIVA PHARMACEUTICALS, INC., | |
17 | | |
   | Reorganized Debtor-Appellee. | Date:   May 9, 2008 |
18 | | Time:   2:00 p.m. |
   | | Place:  Ctrm. 10, 19th Floor |
19

20

21

22

23

24

25

26

27

28

# **CERTIFICATE OF SERVICE**

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111, which is located in the country where any non-personal service described below took place.

On May 2, 2008, a copy of the following document(s):

**JOINT STATUS CONFERENCE STATEMENT**

was served on:

| | |
|---|---|
| Michael D. Cooper, Esq. | Michael Magayne Lauter, Esq. |
| Wendel Rosen Black & Dean, LLP | Timothy Charles Perry, Esq. |
| 1111 Broadway, 24th Floor | Sheppard Mullin Richter & Hampton LLP |
| P.O. Box 2047 | Four Embarcadero Center, 17th Floor |
| Oakland, CA  94607-4036 | San Francisco, CA  94111-4106 |

Service was accomplished as follows:

☒   **By U.S. Mail**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 2, 2008, at San Francisco, California.

By:    */s/ Regina Arroyo*
               Regina Arroyo

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

-1-