**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 6, 2008

TO COUNSEL OF RECORD:

CIVIL NUMBER: **CV 08-00691 SI**

CASE TITLE: **AlphaMed Pharmaceuticals Corp -v- Arriva Pharmaceuticals Inc**

BANKRUPTCY NUMBER: **07-42767**

## NOTICE OF BRIEFING

      The Record on Appeal in the above matter was entered in the docket of this Court on May 5, 2008. Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length on June 5, 2008 (30 days after entry in the District Court docket).

      The appellee must serve and file a brief not exceeding 25 pages in length 20 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

      The appellant must serve and file a reply brief not exceeding 15 pages in length 10 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.

      The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 10 days after service of appellant's brief.

      Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise the matter will be deemed submitted for decision.

RICHARD W. WIEKING, Clerk

/s/
by: Yumiko Saito
Case Systems Administrator