1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| In re<br>ARRIVA PHARMACEUTICALS, INC., a California Corporation,<br>　　　Reorganized Debtor-Appellee. | No. 08-0691-SI<br><br>(Appeal from Chapter 11 Bankruptcy Case No. 07-42767) |
| PROTEASE SCIENCES, INC.,<br>　　　Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>　　　Debtor-Appellee,<br><br>SONORAN DESERT CHEMICALS, LLC,<br>　　　Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>　　　Debtor-Appellee. | CASE NOS. 08-0692-SI and 08-0693-SI<br><br>(Appeals from Chapter 11 Bankruptcy Case No. 07-42767) |
| ALPHAMED PHARMACEUTICALS CORP.,<br>　　　Plaintiff-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>　　　Defendant-Appellee. | No. 08-00825-SI<br><br>(Appeal from Adversary Proceeding No. 07-4181 in Chapter 11 Bankruptcy Case No. 07-42767)<br><br>**NOTIFICATION OF MANUAL FILING OF COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825** |

Please take notice that Debtor-Defendant-Appellee Arriva Pharmaceuticals, Inc. has manually filed the following document:

**COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825**

This document was not filed electronically because the file size of the document exceeds that which the e-filing system allows.

This document has been manually served on all parties.

DATED:  June 25, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/ Timothy C. Perry
TIMOTHY C. PERRY

Attorneys for
ARRIVA PHARMACEUTICALS, INC.