1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4106
   Telephone:   415-434-9100
6  Facsimile:   415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| In re<br>ARRIVA PHARMACEUTICALS, INC., a California Corporation,<br>        Reorganized Debtor-Appellee. | No. 08-0691-SI<br><br>(Appeal from Chapter 11 Bankruptcy Case No. 07-42767) |
| PROTEASE SCIENCES, INC.,<br>        Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>        Debtor-Appellee,<br><br>SONORAN DESERT CHEMICALS, LLC,<br>        Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>        Debtor-Appellee. | CASE NOS. 08-0692-SI and 08-0693-SI<br><br>(Appeals from Chapter 11 Bankruptcy Case No. 07-42767) |
| ALPHAMED PHARMACEUTICALS CORP.,<br>        Plaintiff-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>        Defendant-Appellee. | No. 08-00825-SI<br><br>(Appeal from Adversary Proceeding No. 07-4181 in Chapter 11 Bankruptcy Case No. 07-42767)<br><br>**NOTIFICATION OF MANUAL FILING OF COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825** |

1     Please take notice that Debtor-Defendant-Appellee Arriva Pharmaceuticals, Inc. has manually filed the following document:

**COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825**

    This document was not filed electronically because the file size of the document exceeds that which the e-filing system allows.

    This document has been manually served on all parties.

DATED:  June 25, 2008

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By          /s/ Timothy C. Perry

                          TIMOTHY C. PERRY

                              Attorneys for
                       ARRIVA PHARMACEUTICALS, INC.